# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **JOSE M. HOLGUIN** § | | **CIVIL ACTION NO.** |
| **Plaintiff,** § | | |
| vs. § | | **5:16-cv-350** |
| § | | |
| **STATE FARM LLOYDS** § | | |
| **AND RICARDO ALVARADO** § | | |
| **Defendants** § | | **JURY REQUESTED** |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, State Farm Lloyds, who hereby notifies the Court that Plaintiff Jose M. Holguin and Defendants State Farm Lloyds and Ricardo Alvarado have settled Plaintiff's claims and causes of action against Defendants in this lawsuit. Defendants will provide a Release and Stipulation of Dismissal to Plaintiff.

Respectfully submitted,

**ORTIZ & BATIS, P.C.**

By:  /s/ *Ray R. Ortiz*
Ray R. Ortiz
State Bar No. 15324280
Southern District of Texas No. 14026
Leslie Megin Koch
State Bar No. 00794109
Southern District of Texas No. 19546
10100 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 344-3900
Facsimile: (210) 366-4301
ray@ob-lawpc.com
megin@ob-lawpc.com
rrosupport@ob-lawpc.com
**ATTORNEYS FOR DEFENDANTS,
STATE FARM LLOYDS AND
RICARDO ALVARADO**

**CERTIFICATE OF SERVICE**

On the 12th day of April, 2017, the foregoing document was served in compliance with the Federal Rules of Civil Procedure to the following:

Robert A. Pollom
State Bar No. 24041703
Federal Bar No. 249539
Jake Rogiers
State Bar No. 24069066
Federal Bar No. 2478454
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, TX 78232
robert@krwlawyers.com
jake@krwlawyers.com

    /s/ *Ray R. Ortiz*
Ray R. Ortiz/Leslie Megin Koch