## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **JOSE M. HOLGUIN** | § | **CIVIL ACTION NO.** |
| **Plaintiff,** | § | |
| **vs.** | § | **5:16-cv-350** |
| | § | |
| **STATE FARM LLOYDS** | § | |
| **AND RICARDO ALVARADO** | § | |
| **Defendants** | § | **JURY REQUESTED** |

### STIPULATION OF DISMISSAL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, Jose M. Holguin, and Defendant State Farm Lloyds, file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. Defendant Ricardo Alvarado was not served and has not made an appearance in this matter. The parties respectfully request that the Court dismiss this case with prejudice.

Dated this the 25th day of May, 2017.

Respectfully submitted,

By: _____

Robert A. Pollom
State Bar No. 24041703
Federal Bar No. 249539
Jake Rogiers
State Bar No. 24069066
Federal Bar No. 2478454
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, TX 78232
210/490-7402
210/490-8372 Facsimile
robert@krwlawyers.com

jake@krwlawyers.com
**COUNSEL FOR PLAINTIFF**
**JOSE M. HOLGUIN**


By: _____
   Ray R. Ortiz
   Attorney-in-Charge
   State Bar No. 15324280
   Southern District of Texas No. 14026
   Leslie Megin Koch
   State Bar No. 00794109
   Southern District of Texas No. 19546
ORTIZ & BATIS, P.C.
10100 Reunion Place, Suite 600
San Antonio, TX  78216
210/344-3900
210/366-4301 Facsimile
ray@ob-lawpc.com
megin@ob-lawpc.com
**COUNSEL FOR DEFENDANT**
**STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

On the 25th day of May, 2017, the foregoing document was served in compliance with the Federal Rules of Civil Procedure to the following:

Robert A. Pollom
State Bar No. 24041703
Federal Bar No. 249539
Jake Rogiers
State Bar No. 24069066
Federal Bar No. 2478454
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, TX 78232
robert@krwlawyers.com
jake@krwlawyers.com

Ray R. Ortiz/Leslie Megin Koch